

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00803-CV

Denise **MCVEA**,
Appellant

v.

James Michael **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  August 6, 2014

DISMISSED

On February 12, 2014, this appeal was dismissed for want of prosecution because appellant failed to respond to this court's order dated January 16, 2014. On March 18, 2014, this court granted a motion for rehearing, reinstating this appeal on the docket of the court. Appellant's brief was due to be filed on April 21, 2014. On April 17, 2014, appellant requested an extension of time to file her brief because she had requested two additional reporter's records. Appellant's motion was granted, and the deadline for filing her brief was extended to June 2, 2014. On May 27, 2014, appellant filed a motion requesting an additional extension of time to file her brief. The motion

was granted, extending the deadline to July 2, 2014.  This court's order stated, "**Further requests for extensions will be disfavored**."

On July 2, 2014, appellant filed a motion to abate appeal and remand for a hearing on appellant's out-of-time motion for new trial.  On July 9, 2014, this court issued an order denying appellant's motion and ordering appellant's brief to be filed no later than July 18, 2014.  The order stated, "**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**  If appellant's brief is not filed by July 18, 2014, this appeal will be dismissed for failure to comply with this order.  *See* TEX. R. APP. P. 42.3(c)."  No appellant's brief has been filed.  Accordingly, this appeal is dismissed.  *See id*.

PER CURIAM